373 A.2d 1152

Stevens v. Dubinsky et ux., Appellants.

Argued March 14, 1977. Richard H. Wix, with him Wix, Wenger & Weidner, for appellants; Philip D. Freedman, with him Caldwell, Clouser & Kearns, for appellee.

Judgment affirmed.

373 A.2d 1152

Swope v. Lam, et ux., et al., Appellants.

Argued March 14, 1977. Allen H. Smith, for appellant; Samuel K. Gates, for appellee.

Judgment and order affirmed.